FILE COPY



# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
 BONNIE SUDDERTH

JUSTICES
 LEE GABRIEL
 ELIZABETH KERR
 MARK T. PITTMAN
 J. WADE BIRDWELL
 DABNEY BASSEL
 DANA WOMACK

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
 DEBRA SPISAK

CHIEF STAFF ATTORNEY
 LISA M. WEST

GENERAL COUNSEL
 CLARISSA HODGES

April 18, 2019

Hon. Kimberly C. McCary
Judge, County Court at Law No. 1
210 S. Woodrow Ln.
Denton, TX 76205
* DELIVERED VIA E-MAIL *

Catherine Luft
Assistant Criminal District Attorney
1450 East McKinney, Ste. 3100
Denton, TX 76209
* DELIVERED VIA E-MAIL *

E. V.

Prudence Sanchez
Prudence Sanchez Attorney At Law,
PLLC
721 W. Mulberry St.
Denton, TX 76209
* DELIVERED VIA E-MAIL *

C. A.

Juvenile Court Clerk, Denton County
Charlie J. Cole Bldg.
210 South Woodrow Lane
Denton, TX 76205-6304
* DELIVERED VIA E-MAIL *

Hon. David L. Evans
Regional Presiding Judge
Tom Vandergriff Civil Courts Building
100 N. Calhoun, 4th Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     02-19-00060-CV
                                     02-19-00061-CV
        Trial Court Case Number:     JV-2017-00561
                                     JV-2018-00016

Style:     In the Matter of C.A., Jr.

Today the Second Court of Appeals issued an opinion and judgment in the above-referenced cause.  Copies of the opinion and judgment are attached and can also be viewed on our Court's webpage at: http://www.txcourts.gov/2ndcoa.

FILE COPY

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*